IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEANNA T.                                :        CIVIL ACTION
                                         :
          v.                             :
                                         :
FRANK BISIGNANO, Commissioner            :
of Social Security                       :            NO.  25-321

## O R D E R

AND NOW, this  26th  day of March, 2026, upon consideration of Plaintiff's Brief

and Statement of Issues (Doc. 11), the response (Doc. 15), the reply (Doc. 16), and after

careful consideration of the administrative record (Doc. 5), IT IS HEREBY ORDERED

that:

1.    Judgment is entered affirming the decision of the Commissioner of Social
      Security and the relief sought by Plaintiff is DENIED; and

2.    The Clerk of Court is hereby directed to mark this case closed.

                    BY THE COURT:


                    */s/ Caroline Goldner Cinquanto*
                    _____
                    CAROLINE GOLDNER CINQUANTO, U.S.M.J.